IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMANDA DOROTHY JONES     PLAINTIFF

VS.     CIVIL ACTION NO. 1:16-cv-254-FKB

NANCY A. BERRYHILL, ACTING COMMISSIONER     DEFENDANT
OF SOCIAL SECURITY ADMINISTRATION

JUDGMENT

In accordance with the opinion and order entered this day, the decision of the Commissioner is affirmed, and this matter is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 12th day of March, 2018.

    /s/ F. Keith Ball
    UNITED STATES MAGISTRATE JUDGE